**United States District Court**
**District of Vermont**

| | |
|---|---|
| Vicki Reed, | ) |
|     *Plaintiff,* | ) |
| | ) |
| v. | )  No. 2:21-cv-00122 |
| | ) |
| Kilolo Kijakazi, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
|     *Defendant*. | ) |

## Order

The parties agree, and I find, that plaintiff is entitled to $6,000.00 in attorney fees under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

I further find that the EAJA application here was filed by and for plaintiff and properly seeks an award of attorney's fees for plaintiff and not plaintiff's counsel, that under the circumstances of this case, the EAJA fee has been assigned to counsel by written assignment, dated May 14, 2014, and that attorney's fees may be made payable to plaintiff's counsel, as plaintiff's assignee, so long as plaintiff owes no debt to the government that would be subject to offset.

DATED: <u>April 4, 2022</u>

<u>/s/ William K. Sessions III</u>
William K. Sessions III
United States District Judge